**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DAVID WESTBROOK                                                   PLAINTIFF

v.                                NO. 4:03CV00862 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **ORDER**

Pending before the Court[1] is Plaintiff's Application for Approval of Attorney's Fees and Costs under the provisions of the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (docket entry #14). Defendant has not responded. For the reasons set forth herein, the Motion will be granted.

On October 29, 2003, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") that denied him social security benefits (docket entry #2). On March 10, 2005, the Court entered an Order and Judgment (docket entries #12 and #13) that remanded the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

On March 16, 2005, Plaintiff's attorney, Mr. James W. Stanley, Jr., filed an Application for Approval of Attorney's Fees and Costs seeking payment under the EAJA for 13.45 hours of work performed by an attorney and reimbursement for $10.00 in expenses. Mr. Stanley seeks payment for 1.75 hours of attorney time during 2003 at the adjusted hourly rate of $142.00,

---

[1] On December 2, 2003, the parties consented to proceed before a United States Magistrate Judge (docket entry #5).

11.70 hours of attorney time during 2004 and 2005 at the adjusted hourly rate of $152.00 and $10.00 in expenses. Defendant has not filed a Response objecting to the Motion, which has been pending for six months, and the time for doing so has long since expired.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of fees and expenses under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $2,036.90, which includes: (1) 1.75 hours of attorney time at the rate of $142.00 per hour ($248.50) and 11.70 hours of attorney time at the rate of $152.00 per hour ($1,778.40); and (2) $10.00 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Application for Approval of Attorney's Fees and Costs pursuant to the EAJA (docket entry #14) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. James W. Stanley, Jr., attorney for Plaintiff, $2,036.90, which has been awarded as fees and expenses pursuant to the EAJA.

DATED this 4th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE